

# NUMBER 13-20-00065-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## EX PARTE CHESTER SINCLAIR

## ON APPEAL FROM THE 227TH DISTRICT COURT
## OF BEXAR COUNTY, TEXAS

## MEMORANDUM OPINION ON REMAND

**Before Justices Benavides, Longoria, and Tijerina**
**Memorandum Opinion on Remand by Justice Tijerina**

On appellant's application for a writ of habeas corpus in a deferred-adjudication community supervision case, the Texas Court of Criminal Appeals granted the State's petition for review to decide whether we had jurisdiction over appellant's attempted appeal from proceedings.

On its own motion, the Court granted petition for review to decide whether in a habeas proceeding under Article 11.072 of the Texas Code of Criminal Procedure a trial court has jurisdiction on a motion to reconsider after it has entered an appealable order

granting or denying an application under the statute.[1] *See Ex parte Sinclair*, 693 S.W.3d 346, 348 (Tex. Crim. App. 2024). The Court concluded that the trial court failed to enter an appealable order granting or denying appellant relief, and therefore, we lacked jurisdiction over appellant's attempted appeal. *Id.*

Because the Court concluded "there is not yet an appealable order in this case," it vacated our judgment and remanded the case to us "with instructions to dismiss the appeal." *Id.* at 360. Pursuant to the Court's directive, we dismiss this appeal.[2]

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
12th day of September, 2024.

---

[1] The Texas Court of Criminal Appeals did not reach this separate issue. *See Ex parte Sinclair*, 693 S.W.3d 346, 364 (Tex. Crim. App. 2024) (Newell, J., dissenting).

[2] This case is before this Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket-equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.